EXHIBIT "C"

 **Invoice**

```
PAGE    1 OF   2        PURCHASE ORDER..Michele George      INVOICE NO......  SC71715
DIRECT INQUIRIES TO:                                        TYPE............ ORIGINAL
CUSTOMER SERVICE DEPT.                                      DATE............ 12/20/2012
575 W MURRAY BLVD       ORDER DATE        12/20/2012
MURRAY UT               SHIP DATE.........12/20/2012        TERMS OF SALE
           84123-4611                                       NET 30 DAYS
                                                            TERMS DATE..... 12/20/2012
                                                            SALES REP....... Y4P81-4
ANNIE    TSE
PHONE NO...801-265-4452    PARTIAL ORDER....... NO
FAX NO.....801-263-3657

ACCOUNT NO.                          SC71715
CHARGE TO: GCG0737

                                  GILBERT HOSPITAL AP
                                  5656 S POWER RD
                                  GILBERT AZ 85295-8487
```

| | QUANTITY | UNIT | DESCRIPTION | | UNIT PRICE | TOTAL AMOUNT |
|---|---|---|---|---|---|---|
| | | | Florence Hospital | | | |
| Q | 1 | EACH | APCfinder Software | | P | 2,607.97 |
| Q | 1 | EACH | Coding, Classification And Reimbursement System | | P | 16,750.76 |
| Q | 1 | EACH | Coding Reference Software | | P | 3,294.90 |
| Q | 1 | EACH | Coding Reference Plus Software | | P | 2,823.45 |
| Q | 1 | EACH | Connections Software Basic ITEM ABOVE:  GRATIS | | GR | .00 |
| | | | Gilbert Hospital | | | |
| Q | 1 | EACH | APCfinder Software | | P | 3,585.47 |
| Q | 1 | EACH | Coding, Classification And Reimbursement System | | P | 9,329.70 |
| Q | 1 | EACH | Coding Reference Software | | P | 2,691.55 |
| Q | 1 | EACH | Coding Reference Plus Software | | P | 2,352.16 |
| Q | 1 | EACH | Connections Software Basic | | P | 1,189.60 |
| | | | (PERIOD: 11-JAN-13 TO 10-JAN-14) Attn: AP | | | |
| | | | 6.600% ARIZONA STATE TPT SALES TAX | | | 2,945.29 |

```
10037331 718 90    /   /    12/21/12 ORO   CrBr:CM OrdWr:JY   InvBr:JY   AdmCd:JY
```

                    DETACH AND RETURN WITH PAYMENT

```
GCG0737                                                 INVOICE NO........ SC71715
GILBERT HOSPITAL AP       REMIT PAYMENT TO              INVOICE DATE..... 12/20/2012
5656 S POWER RD                                         TERMS DATE....... 12/20/2012
GILBERT AZ 85295-8487     3M
                          P.O. BOX 844127
                          DALLAS   TX 75284-4127

                                                        TAX............   2,945.29

                          TOTAL MUST BE RECEIVED BY:    01/22/2013
                                       INVOICE TOTAL     47,570.85

                                  AMOUNT ENCLOSED

                                                              SC71715
```

Case 4:13-bk-03201-BMW   Doc 799-3   Filed 03/13/15   Entered 03/13/15 17:04:41   Desc  Exhibit C - Invoices   Page 2 of 6


# 3M Invoice

| PAGE 2 OF 2 | PURCHASE ORDER..Michele George | INVOICE NO...... SC71715 |
|---|---|---|
| | CHARGE TO ACCOUNT NO... GCG0737 | TYPE........... ORIGINAL |
| SHIP TO: GILBERT HOSPITAL AP | GILBERT AZ 85295-8487 | DATE.......... 12/20/2012 |

| QUANTITY | UNIT | DESCRIPTION | UNIT PRICE | TOTAL AMOUNT |
|---|---|---|---|---|
| *** | | SHPD 12/20 FROM-SALT LAKE CITY  VIA- | | |
| *** | | | B/L- | |
| *** | | -LBS | | -PCS |

| TOTAL MUST BE RECEIVED BY: 01/22/2013 | INVOICE TOTAL | 47,570.85 |
|---|---|---|

Please see reverse side for terms and conditions of sale and address change form.

10037331 718 90    /    /    12/21/12 ORO    CrBr:CM OrdWr:JY    InvBr:JY    AdmCd:JY
54       56

# 3M Invoice

```
PAGE     1 OF    2        PURCHASE ORDER..-                              INVOICE NO......  SC88508
DIRECT INQUIRIES TO:                                                     TYPE............  ORIGINAL
CUSTOMER SERVICE DEPT.                                                   DATE...........   12/20/2013
575 W MURRAY BLVD         ORDER DATE           12/20/2013                TERMS OF SALE
MURRAY UT                 SHIP DATE..........  12/20/2013                NET 30 DAYS
         84123-4611                                                      TERMS DATE.....   12/20/2013
                                                                         SALES REP.......  Y4P81-4
MELISSA   EVANS
PHONE NO...801-265-4662   PARTIAL ORDER.......  NO
FAX NO.....801-263-3657

ACCOUNT NO.                            SC88508
CHARGE TO: GCG0737

                          GILBERT HOSPITAL AP
                          5656 S POWER RD
                          GILBERT AZ 85295-8487
```

| QUANTITY | UNIT | DESCRIPTION | UNIT PRICE | TOTAL AMOUNT |
|---|---|---|---|---|
| | | Florence Hospital @ Anthem | | |
| Q | 1 EACH | APCfinder Software | P | 2,686.21 |
| Q | 1 EACH | Coding, Classification And Reimbursement System | P | 17,253.28 |
| Q | 1 EACH | Coding Reference Software | P | 3,393.75 |
| Q | 1 EACH | Coding Reference Plus Software | P | 2,908.15 |
| Q | 1 EACH | Connections Software Basic ITEM ABOVE:   GRATIS | GR | .00 |
| | | Gilbert Hospital | | |
| Q | 1 EACH | APCfinder Software | P | 3,693.03 |
| Q | 1 EACH | Coding, Classification And Reimbursement System | P | 9,609.59 |
| Q | 1 EACH | Coding Reference Software | P | 2,772.30 |
| Q | 1 EACH | Coding Reference Plus Software | P | 2,422.72 |
| Q | 1 EACH | Connections Software Basic | P | 1,225.29 |
| | | (PERIOD: 11-JAN-14 TO 10-JAN-15) Attn: AP | | |
| | | 5.600% ARIZONA STATE TPT SALES TAX | | 2,574.00 |

```
10072452 724 90      /     /      12/23/13 ORO    CrBr:CM OrdWr:JY    InvBr:JY    AdmCd:JY
```

---

**DETACH AND RETURN WITH PAYMENT**

```
GCG0737                                                      INVOICE NO........  SC88508
GILBERT HOSPITAL AP            REMIT PAYMENT TO              INVOICE DATE....    12/20/2013
5656 S POWER RD                                              TERMS DATE......    12/20/2013
GILBERT AZ 85295-8487          3M
                               P.O. BOX 844127
                               DALLAS    TX 75284-4127
                                                             TAX............         2,574.00

                                    TOTAL MUST BE RECEIVED BY:    01/21/2014
                                              INVOICE TOTAL       48,538.32

                                     AMOUNT ENCLOSED

                                                                  SC88508
```


# 3M Invoice

PURCHASE ORDER..-
CHARGE TO ACCOUNT NO... GCG0737

INVOICE NO...... SC88508
TYPE............ ORIGINAL
DATE........... 12/20/2013

SHIP TO: GILBERT HOSPITAL AP       GILBERT AZ 85295-8487

| QUANTITY | UNIT | DESCRIPTION | UNIT PRICE | TOTAL AMOUNT |
|---|---|---|---|---|
| *** | | SHPD 12/20 FROM-SALT LAKE CITY  VIA- | B/L- | |
| *** | | | -LBS | -PCS |
| *** | | | | |

TOTAL MUST BE RECEIVED BY: 01/21/2014    INVOICE TOTAL    48,538.32

Please see reverse side for terms and conditions of sale and address change form.

10072452 724 90   /   /   12/23/13 ORO   CrBr:CM OrdWr:JY   InvBr:JY   AdmCd:JY
54        56

(reverse/back-side bleed-through visible showing page 1 of invoice SC88508 in mirror image)

# 3M Invoice

| | | |
|---|---|---|
| PAGE 1 OF 1 | PURCHASE ORDER..- | INVOICE NO...... SC17948<br>TYPE............ ORIGINAL<br>DATE.......... 12/02/2014 |
| DIRECT INQUIRIES TO:<br>CUSTOMER SERVICE DEPT.<br>575 W MURRAY BLVD<br>MURRAY UT<br>           84123-4511 | ORDER DATE      12/02/2014<br>SHIP DATE..........12/02/2014 | TERMS OF SALE<br>NET 30 DAYS<br>TERMS DATE.....12/02/2014<br>SALES REP....... Y4P81-4 |

KATHY STEVENS
PHONE NO...801-265-4256    PARTIAL ORDER....... NO
FAX NO.....651-732-7872

ACCOUNT NO.                             SC17948
CHARGE TO: GCG0737 ——

```
                    FLORENCE HOSP AT ANTHEM
                    ACCOUNTING DEPARTMENT
                    4545 N HUNT HWY
                    FLORENCE AZ 85132-6937
```

| QUANTITY | UNIT | DESCRIPTION | UNIT PRICE | TOTAL AMOUNT |
|---|---|---|---|---|
| | | Florence Hospital a Anthem | | |
| Q   1 | EACH | APCfinder Software | P | 2,766.80 |
| Q   1 | EACH | Coding, Classification And<br>Reimbursement System | P | 17,770.88 |
| Q   1 | EACH | Coding Reference Software | P | 3,495.56 |
| Q   1 | EACH | Coding Reference Plus Software | P | 2,995.39 |
| Q   1 | EACH | Connections Software Basic<br>ITEM ABOVE: GRATIS | GR | .00 |
| | | (PERIOD: 11-JAN-15 TO 10-JAN-16)<br>Attn: Accounting Department | | |
| | | 5.600% ARIZONA STATE TPT SALES TAX | | 1,513.60 |

```
***   SHPD 12/02 FROM-SALT LAKE CITY  VIA-
***                                          B/L-
***                                          -LBS              -PCS
```

| TOTAL MUST BE RECEIVED BY: 01/02/2015 | INVOICE TOTAL | 28,542.23 |
|---|---|---|

Please see reverse side for terms and conditions of sale and address change form.

10045599 719 90   /  /   12/03/14 ORO   CrBr:CM OrdWr:JY   InvBr:JY   AdmCd:JY
54       56

---

### DETACH AND RETURN WITH PAYMENT

GCG0737
FLORENCE HOSP AT ANTHEM
ACCOUNTING DEPARTMENT
4545 N HUNT HWY
FLORENCE AZ 85132-6937

REMIT PAYMENT TO
3M
P.O. BOX 844127
DALLAS   TX 75284-4127

INVOICE NO........ SC17948
INVOICE DATE..... 12/02/2014
TERMS DATE....... 12/02/2014

TAX............    1,513.60

TOTAL MUST BE RECEIVED BY:    01/02/2015
INVOICE TOTAL                 28,542.23

AMOUNT ENCLOSED

SC17948