David D. Cleary (AZ Bar No. 011826)
GREENBERG TRAURIG, LLP
2375 East Camelback Road, Suite 700
Phoenix, AZ 85016
Telephone: 602-445-8000
Fax: 602-445-8100
Email: clearyd@gtlaw.com

Lenard Parkins (NY Bar No. 4579124) *(pro hac vice)*
GREENBERG TRAURIG, LLP
200 Park Avenue
New York, NY 10166
Tel.: (212) 801-9200
Fax: (212) 801-6400
Email: parkinsl@gtlaw.com

and

1000 Louisiana, Suite 1700
Houston, TX 77002
Tel.: (713) 374-3500
Fax: (713) 374-3505
Email: parkinsl@gtlaw.com

and

Karl Burrer (TX Bar No. 24043584) *(pro hac vice)*
GREENBERG TRAURIG, LLP
1000 Louisiana, Suite 1700
Houston, TX 77002
Tel.: (713) 374-3500
Fax: (713) 374-3505
Email: burrerk@gtlaw.com

*Attorneys for Blue Wolf Capital Fund III, L.P.*

# UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In Re:<br><br>FLORENCE HOSPITAL AT ANTHEM, LLC,<br><br>    Debtor. | Chapter 11<br><br>Case No.: 4:13-bk-03201-BMW<br><br>**MOTION TO STRIKE DEBTOR'S UNTIMELY ARGUMENTS** |

Blue Wolf Capital Partners, III, L.P. ("Blue Wolf") hereby files this motion (the "Motion") requesting the Court strike the Debtor's Untimely Defenses (defined below) and respectfully stating as follows:

**Jurisdiction and Venue**

1. This Court has jurisdiction to consider this Motion pursuant to 28 U.S.C. §§ 157 and 1334. Consideration of this Motion is a core proceeding pursuant to 28 U.S.C. § 157(b). Venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409.

**Background**

2. On March 24, 2015, Blue Wolf filed *Administrative Expense Proof of Claim No. 76* in the amount of $693,157 (the "Blue Wolf Administrative Claim"). On September 4, 2015, the Debtor filed an objection to the Blue Wolf Administrative Claim [Dkt No. 1068] (the "Objection"). In the Objection, the Debtor asserts as its sole basis for objecting to the Blue Wolf Administrative Claim its contention that Blue Wolf's expenses were not reasonable and necessary for the preservation of the Debtor's estate.

3. On September 22, 2015, Blue Wolf filed its *Response to Objection of Debtor to Claim No. 76 Filed by Blue Wolf Capital Fund III, L.P.* [Dkt No. 1105] (the "Response").

4. On November 18, 2015, the Court entered its *Stipulation to Treat Blue Wolf's Proof of Claim, Objections and Responses Thereto, as Application for Order Allowing and Directing Payment of Administrative Expense Claim* [Dkt No. 1233] deeming the Blue Wolf Administrative Claim to be an application for administrative expense claim and converting the litigation surrounding the Blue Wolf Administrative Claim into a contested matter.

5. No amended or supplemental claim objection was ever filed by the Debtor.

6. On September 20, 2017—a mere four (4) business days before the trial on this matter and nearly one year to the day after Blue Wolf filed the Response—the Debtor and Blue Wolf filed a joint pretrial statement with the Court (the "Pre-Trial Statement") [Dkt No. 1571].

7. In the Pre-Trial Statement, for the first time, the Debtor raised the following alleged defenses to the Blue Wolf Administrative Claim (the "Untimely Defenses"):

- May Blue Wolf recover against the Debtor under theories of tort when it had entered into a contract with the Debtor?

. . .

- If the Debtor is liable for negligent misrepresentation of its authority, to what extent is Blue Wolf contributorily negligent?

- If Blue Wolf was damaged by the Debtor's conduct, did that conduct constitute a breach of contract for which recovery is limited?

Pre-Trial Statement, at p. 24.

8. On September 26, 2017—less than 24 hours before this contested matter was set to be heard—the Debtor filed a hearing brief (the "Debtor's Hearing Brief") [Dkt No. 1575], in which it further expounded on the Untimely Defenses.

9. Due to the Debtor's action in waiting until the last possible minute to raise the Untimely Defenses, the Court should not consider the defenses and strike the portions of the Debtor's Hearing Brief related to the same.

### Relief Requested

10. Blue Wolf objects to the Debtor's "trial by ambush" tactics and seeks entry of an order barring the Untimely Defenses and providing that the Court will not consider new defenses that were raised for the first time in the Pretrial Statement or the Debtor's Hearing Brief.

### Basis for Relief

11. As a general matter, parties are required to act promptly to assert affirmative defenses rather than "lie behind a log" and ambush a plaintiff with an unexpected defense. *Venters v. City of Delphi*, 123 F.3d 956, 967-68 (7th Cir. 1997); *see also* FED. R. CIV. P 8(c) ("a party shall set forth

affirmatively … contributory negligence … and any other matter constituting an avoidance or affirmative defense.") (emphasis added). "[A] party, with limited exceptions, is required to raise every defense in its first responsive pleading, and defenses not so raised are deemed waived." *Morrison v. Mahoney*, 399 F.3d 1042, 1046 (9th Cir. 2005) (emphasis added).

12. In this regard, Bankruptcy Rule 3007(a) provides "[a]n objection to the allowance of a claim shall be in writing and filed." FED. R. BANKR. P. 3007(a). "A copy of the objection with notice of the hearing thereon shall be mailed or otherwise delivered to the claimant, the debtor or debtor in possession, and the trustee at least 30 days prior to the hearing." *Id*.

13. Based on the requirements set forth in Rule 3007, the filing of an amended objection—as the Debtor has attempted to do through the insertion of new legal theories in the Pre-Trial Statement—has been denied. *In re Lawler*, 75 B.R. 979, 982 (Bankr. N.D. Tex. 1987) *aff'd*, 106 B.R. 943 (N.D. Tex. 1989) (denying amended objection to claim filed shortly before the hearing based on the violation of Bankruptcy Rule 3007 notice provisions); *see also In re Ambassador Park Hotel. Ltd.*, 61 B.R. 792, 798 (N.D. Tex. 1986) (finding eight days' notice of a hearing on the debtor's objection to the creditor's claim was not adequate under Rule 3007); *In re Lomas Fin. Corp.*, 212 B.R. 46, 56 (Bankr. D. Del. 1997) (vacating order disallowing claim where, inter alia, debtor's notice of objection "fell substantially short of the 30-day period [required by Rule 3007] and therefore was not in compliance with the Rule"); *In re Owens*, 67 B.R. 418, 421-23 (Bankr. E.D. Pa. 1986) (order disallowing claim was reconsidered because, inter alia, the claim was disallowed less than 30 days following service of debtor's objection in violation of Rule 3007).

14. As set forth in Collier on Bankruptcy, while the 30-day time period may be shortened, "the claimant should have an opportunity to be heard on notice of the defects in the claim." 9 Collier on Bankruptcy ¶ 3007.01 (16th Ed. 2016).

15. Here, there is no reason for the Court to permit the Debtor to assert new objections to the

4

HOU 408799431v3
Case 4:13-bk-03201-BMW    Doc 1578    Filed 09/28/17    Entered 09/28/17 09:34:36    Desc
Main Document    Page 4 of 8

Blue Wolf Administrative Claim through the assertion of contested legal issues in the Pre-Trial Statement. As such, the Untimely Defenses should be denied.

### Conclusion

WHEREFORE, Blue Wolf requests that the Court enter an order (i) striking the Untimely Defenses, (ii) providing that the Court will not consider the Untimely Defenses raised for the first time in the Pretrial Statement or the Debtor's Hearing Brief, and (iii) granting such other relief as is just and proper.

Respectfully submitted this 28th day of September, 2017.

/s/*David D. Cleary*
David D. Cleary
GREENBERG TRAURIG, LLP
2375 East Camelback Road, Suite 700
Phoenix, AZ 85016
Telephone: 602-445-8000
Fax: 602-445-8100
Email: clearyd@gtlaw.com

Lenard Parkins (NY Bar No. 4579124) (*pro hac vice*)
GREENBERG TRAURIG, LLP
200 Park Avenue
New York, NY 10166
Tel.: (212) 801-9200
Fax: (212) 801-6400
Email: parkinsl@gtlaw.com

1000 Louisiana, Suite 1700
Houston, TX 77002
Tel.: (713) 374-3500
Fax: (713) 374-3505
Email: parkinsl@gtlaw.com

and

Karl Burrer (TX Bar No. 24043584) *(pro hac vice)*
GREENBERG TRAURIG, LLP
1000 Louisiana, Suite 1700
Houston, TX 77002
Tel.: (713) 374-3500
Fax: (713) 374-3505
Email: burrerk@gtlaw.com

*Attorneys for Blue Wolf Capital Fund III, L.P.*

# CERTIFICATE OF SERVICE

The foregoing document was e-filed on September 28, 2017 with the U.S. Bankruptcy Court and copies served via e-mail the same day (or served via U.S. First-Class Mail, as indicated hereon.)

| | | |
|---|---|---|
| Andre Carman<br>acarman@lawwmc.com | Hillary Barnes<br>hbarnes@allenbarneslaw.com | Edward Bernatavicius<br>edward.k.bernatavicius@usdoj.gov |
| Margaret Gillespie<br>mgillespie@maypotenza.com | Mark Chernoff<br>office@azfirm.net<br>mchernoff@azfirm.net | Bradley Gardner<br>bdg@udallshumway.com |
| Robert Harris<br>Lori Winkleman<br>robert.harris@quarles.com<br>lori.winkelman@quarles.com<br>Walter.ashbrook@quarles.com | Bryce Suzuki<br>Kyle Hirsch<br>bryce.suzuki@bryancave.com<br>kyle.hirsch@bryancave.com | Gerald Shelley<br>Nancy March<br>Anthony W. Austin<br>gshelley@fclaw.com<br>nmarch@fclaw.com<br>aaustin@fclaw.com |
| Patrick Howell<br>phowell@whdlaw.com | Ligee Gu<br>lgu@halperinlaw.net | Carolyn Johnsen<br>CJJohnsen@dickinsonwright.com |
| Chad Miesen<br>chad@carpenterhazelwood.com | Andrew Harnisch<br>andy@mhlawaz.com | Pernell McGuire<br>pmcguire@davismiles.com |
| Philip Rudd<br>Wesley Denton Ray<br>rudd@sackstierney.com<br>wesley.ray@sackstierney.com | Rob M. Charles, Jr.<br>Jeffrey L. Sklar<br>rcharles@llrlaw.com<br>jsklar@llrlaw.com | Thomas Salerno<br>Thomas.salerno@stinsonleonard.com |
| Clint Smith<br>staceywork@hotmail.com<br>st@cwspclaw.com | Benjamin Reeves<br>breeves@swlaw.com | Gary Ringler<br>garyvringler@earthlink.net |
| Rafael Zahralddin-Aravena<br>Shelley Kinsella<br>Cameron Fee<br>rxza@elliottgreenleaf.com<br>sak@elliottgreenleaf.com<br>cmf@elliottgreenleaf.com | William Fife<br>Daniel Greenberg<br>az@brinkmanlaw.com | Daren Brinkman<br>Laura Portillo<br>Kevin Ronk<br>daren@brinkmanlaw.com<br>az@brinkmanlaw.com<br>laura@brinkmanlaw.com |
| Kami Hoskins<br>khoskins@gordonrees.com | Teddy M. Kapur<br>smaizel@pszjlaw.com<br>tkapur@pszjlaw.com | Daniel E. Garrison<br>Jessica Kenney Bonteque<br>dan@andantelaw.com<br>jessica@andantelaw.com |
| Brian Weinberger<br>bkfilings@fhlawaz.com | Keith Hendricks<br>khendricks@law-msh.com | Jill Perrella<br>Jonathan Saffer<br>jperrella@swlaw.com<br>jmsaffer@swlaw.com |
| Jordan Kroop<br>jkroop@perkinscoie.com | Michael W. Carmel<br>michael@mcarmellaw.com | Dean Dinner<br>ddinner@ngdlaw.com |
| Bradley D. Weech<br>bweech@jacksonwhitelaw.com | Joshua Carden<br>joshua@cardenlawfirm.com | Donald Powell<br>d.powell@cplawfirm.com |
| Tamalyn E. Lewis<br>tel@eblawyers.com | William Fife<br>William@williamfifelaw.com | Robert T. Luttrell, III<br>Louis Price<br>bob.luttrell@mcafeetaft.com<br>louis.price@mcafeetaft.com |

| | | |
|---|---|---|
| Rick N. Bryson<br>G. Gregory Eagleburger<br>rick.bryson@sandersparks.com<br>Greg.Eagleburger@sandersparks.com | Brian J. Pollock<br>bpollock@lrlaw.com | Thomas O. Kolb Jr.<br>tkolb@bakerdonelson.com |
| Stacia A. Danielsen<br>sdanielson@sw-cpa.com | Robert M. Moss<br>rmoss@medicalpropertiestrust.com | Bryan A. Albue<br>balbue@shermanhoward.com |
| Thomas C. Axelsen<br>taxelsen@shermanhoward.com | Bruce J. Borrus<br>Joseph E. Shickich<br>bborrus@riddellwilliams.com<br>jshickich@riddellwilliams.com | Brian M. Blum<br>Fay Marie Waldo<br>brian@andantelaw.com<br>fay@andantelaw.com |
| Rob A. Justman<br>Kurt M. Zitzer<br>rjustman@meagher.com<br>kzitzer@meagher.com | Randy J. Aoyama<br>Michael R. Ayers<br>raoyama@hinshawlaw.com<br>mayers@hinshawlaw.com | Michael A. Jones<br>mjones@ambazlaw.com |
| Lawrence D. Hirsch<br>lhirsch@psazlaw.com | Adam D. Melton<br>amelton@l-llp.com | Sean O' Brien<br>spobrien@gustlaw.com |
| Nat Palaniappan<br>natpalaniappan@yahoo.com | Lori A. Lewis<br>LewisL01@mcao.maricopa.gov | Michael Bach<br>michaelb@dehaan-bach.com |
| Joseph Wm. Kruchek<br>Lisa Peters<br>joseph.kruchek@kutakrock.com<br>lisa.peters@kutakrock.com | Amanda Cartwright<br>amanda.cartwright@bryancave.com | Dean Waldt<br>Grant L. Cartwright<br>waldtd@ballardspahr.com<br>cartwrightg@ballardspahr.com |
| Brian Huben<br>Dustin Branch<br>Jessica Mickelsen<br>brian.huben@kattenlaw.com<br>dustin.branch@kattenlaw.com<br>jessica.mickelsen@kattenlaw.com | Warren J. Stapleton<br>wstapleton@omlaw.com | David Ira Weissman<br>dweissman@roselawgroup.com |
| Mark D. Svejda<br>mark@azrealestatelawyers.com | Marvin D. Mitchell<br>Mitch22@cox.net | Ivan Esteban<br>ivanestebanc@gmail.com |
| GE Healthcare<br>Gaurav Malik<br>Gaurav.Malik@ge.com | Lamar Advertising Company<br>Attn: Robert S. Bewick<br>bbewick@lamar.com | Anderson & Associates, Inc.<br>Attn: Roger Sompson<br>ras@andersonexecsearch.com |
| Insight Direct USA, Inc.<br>Attn: Michael Walker<br>Michael.walker@insight.com | Wesley Loy<br>wsl@bowwlaw.com | Joseph Corrigan<br>Bankruptcy2@ironmountain.com |
| Cynthia Switzer<br>Switzer.Cynthia@principal.com | Alysse M. Medina<br>Oliver J. Davis<br>amedina@maypotenza.com<br>odavis@maypotenza.com | Jennifer J. Axel<br>jaxel@polsinelli.com |
| Dale C. Schian<br>bkdocket@biz.law<br>dale@biz.law | Dale Danneman<br>DDanneman@lrrc.com | |

**AND SENT BY FIRST-CLASS U.S. MAIL:**

| | | |
|---|---|---|
| Medical Properties Trust, Inc.<br>Robert M. Moss<br>1000 Urban Center Drive, Ste. 501<br>Birmingham, AL 35242 | Stryker Endoscopy<br>c/o Lori L. Purkey<br>Purkey & Associates, PLC<br>5050 Cascade Road, SE, Ste. A<br>Grand Rapids, MI 49546 | Stryker Orthopeadics<br>c/o Lori L. Purkey<br>Purkey & Associates, PLC<br>5050 Cascade Road, SE, Ste. A<br>Grand Rapids, MI 49546 |
| Pinal County Treasurer<br>P.O. Box 729<br>Florence, AZ 85132 | Marvin D. Mitchell<br>512 W. Claremont Ave.<br>Phoenix, AZ 85013 | |

By: */s/ Ishmael Taylor-Kamara*