# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

# Minute Entry

## *Hearing Information:*

|  |  |
|---|---|
| **Debtor:** | FLORENCE HOSPITAL AT ANTHEM, LLC |
| **Case Number:** | 4:13-BK-03201-BMW    **Chapter:** 11 |
| **Date / Time / Room:** | WEDNESDAY, SEPTEMBER 12, 2018 10:15 AM   COURTROOM 446 |
| **Bankruptcy Judge:** | BRENDA M. WHINERY |
| **Courtroom Clerk:** | REBECCA VOLZ |
| **Reporter / ECR:** | RHIANNA DOMINGUEZ |

## *Matters:*

1) US TRUSTEE'S MOTION TO DISMISS CASE (RESCHEDULED FROM 08/29/18) (RESCHEDULED FROM 09/10/18)
   **R / M #:**   1,632 / 0

2) ADV: 4-15-00164
   **FLORENCE HOSPITAL AT ANTHEM, LLC vs ENTRUST ARIZONA N/K/A VANTAGE SELF-DIREC & EDWARD G. BROWN AND JANE DOE BROWN, HUSB & ZACHARY BROWN AND JUNE DOE BROWN, HUSBAN & OCTAVIO JAVIER VIDAL AND JANE DOE VIDAL, & ENTRUST ARIZONA N/K/A VANTAGE SELF-DIREC & ALVIN C. WILHELM AND JANE DOE WILHELM, H & SLER HOLDINGS, LLC, A FOREIGN LIMITED LI & SARAH LEBLANC AND JOHN DOE LEBLANC, HUSB & JULIE CAMP AND JOHN DOE CAMP, HUSBAND AN & PENSCO TRUST COMPANY FOR THE BENEFIT OF & RICHARD C. CAREY AND JANE DOE CAREY, HUS & ENTRUST ARIZONA N/K/A VANTAGE SELF-DIREC & DAWN CARLEY AND JOHN DOE CARLEY, HUSBAND & ENTRUST ARIZONA N/K/A VANTAGE SELF-DIREC & BRIAN BRUCE DURSTELER AND JANE DOE DURST & MAGUIRE ENTERPRISES, LLC, AN ARIZONA LIM & SHANE MAGUIRE AND JANE DOE MAGUIRE, HUSB & ENTRUST ARIZONA N/K/A VANTAGE SELF-DIREC & BRIAN K. MCCALLEY AND DENICE MCCALLEY, H & SAMMAMISH ENTERPRISES, LLC, AN ARIZONA L & ROBERT MEAD AND JANE DOE MEAD, HUSBAND A & ENTRUST ARIZONA N/K/A VANTAGE SELF-DIREC & TIMOTHY MOORE AND JANE DOE MOORE, HUSBAN & ENTRUST ARIZONA N/K/A VANTAGE SELF-DIREC & DEBRA NORDYCK AND JOHN DOE NORDYCK, HUSB & FRANCES ONTIVEROS AND JOHN DOE ONTIVEROS & JAMES C. PRICE REVOCABLE LIVING TRUST JU & JAMES C. PRICE AND JANE DOE PRICE, HUSBA & DONNA RITCHIE AND WILFRED RITCHIE, HUSBA & SGS FLORENCE, LLC, AN ARIZONA LIMITED LI & GREG SCALLON AND JANE DOE SCALLON, HUSBA & ABHIJIT SHAH AND NEEPA SHAH, HUSBAND AND & ENTRUST ARIZONA N/K/A VANTAGE SELF-DIREC**
   CONTINUED RULE 7016 SCHEDULING CONFERENCE (CONT. FROM 7/7/15) (CONT. FROM 10/05/15) (CONT. FROM 12/07/15) (CONT. FROM 01/19/16) (CONT. FROM 03/07/16) (CONT. FROM 05/02/16) (RESCHEDULED FROM 08/01/16) (CONT. FROM 08/03/16) (CONT. FROM 12/05/16) (CONT. FROM 04/03/17) (RESCHEDULED FROM 07/10/17) (CONT. FROM 07/12/17) (CONT. FROM 09/13/17) (CONT. FROM 11/08/17) (CONT. FROM 01/17/18) (CONT. FROM 06/04/18) (RESCHEDULED FROM 09/10/18)
   **R / M #:**   9 / 0

## *Appearances:*

ED BERNATAVICIUS REPRESENTING THE US TRUSTEE AND APPEARING BY VIDEO
CAROLYN JOHNSEN, TRUSTEE OF THE FLORENCE HOSPITAL LIQUIDATING TRUST, APPEARING BY VIDEO

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA
# Minute Entry

(continue)...  4:13-BK-03201-BMW  WEDNESDAY, SEPTEMBER 12, 2018 10:15 AM

## *Proceedings:*

ITEM 1: US TRUSTEE'S MOTION TO DISMISS CASE (RESCHEDULED FROM 08/29/18) (RESCHEDULED FROM 09/10/18)

ITEM 2: CONTINUED RULE 7016 SCHEDULING CONFERENCE (CONT. FROM 7/7/15) (CONT. FROM 10/05/15) (CONT. FROM 12/07/15) (CONT. FROM 01/19/16) (CONT. FROM 03/07/16) (CONT. FROM 05/02/16) (RESCHEDULED FROM 08/01/16) (CONT. FROM 08/03/16) (CONT. FROM 12/05/16) (CONT. FROM 04/03/17) (RESCHEDULED FROM 07/10/17) (CONT. FROM 07/12/17) (CONT. FROM 09/13/17) (CONT. FROM 11/08/17) (CONT. FROM 01/17/18) (CONT. FROM 06/04/18) (RESCHEDULED FROM 09/10/18)

Mr. Bernatavicius reports that the reorganized debtor is no longer operating. No reports have been filed and no quarterly fees have been paid. He requests that the Court dismiss this case for cause.

The Court asks about the adversary case. Should the adversary be dismissed as well?

Ms. Johnsen states that the adversary can be dismissed. There is no money to pursue the adversary. The unsecured creditors received 97.6% of their claims. She requests that the dismissal order include language that the dismissal does not have any effect on the trust or the distributions that have been made in any way.

The Court thanks Ms. Johnsen for her work on this case. This was a very positive result.

Mr. Bernatavicius states that the US Trustee agrees that dismissal does not have any effect on the trust or the distributions that have been made. The US Trustee thanks Ms. Johnson for her work on this case.

COURT: THE MOTION WAS APPROPRIATELY NOTICED AND DISMISSAL IS JUSTIFIED. THE MOTION TO DISMISS CASE NO. 4:13-bk-03201 IS GRANTED PURSUANT TO 11 USC 1112. CASE NO. 4:15-ap-00164 IS DISMISSED AS WELL. THE PARTIES ARE TO CONFER ON AN ACCEPTABLE FORM OF ORDER.